IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON, | 1:07-CV-01791-LJO-TAG-HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO WITHDRAW PETITION AS DUPLICATIVE (Doc. 10) |
| vs. | |
| ARNOLD SCHWARZENNEGGER, et al., | ORDER DISMISSING PETITION |
| | ORDER DENYING RESPONDENT'S MOTION TO DISMISS AS MOOT (Doc. 9) |
| Respondents. _____/ | ORDER DIRECTING CLERK TO ENTER JUDGMENT AND CLOSE FILE |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**DISCUSSION**

On November 21, 2007, Petitioner filed the instant petition. (Doc. 1). On January 24, 2008, the Court ordered Respondent to file a response. (Doc. 7). On March 24, 2008, Respondent filed a Motion to Dismiss the petition, contending that it was duplicative of the petition in case number 1:05-cv-1487-OWW-GSA. (Doc. 9). On April 4, 2008, Petitioner filed his own motion to withdraw the instant petition as duplicative of case number 1:05-cv-1487-OWW-GSA. (Doc. 10).

The Court's review of the petition in case number 1:05-cv-1487-OWW-GSA indicates that the instant petition is indeed duplicative of case number 1:05-1487-OWW-GSA.[1] Accordingly, Petitioner's motion to withdraw his duplicative petition should be granted, thus making moot Respondent's motion to dismiss.

## ORDER

For the foregoing reasons, IT IS HEREBY ORDERED as follows:

1. Petitioner's motion to withdraw the petition as duplicative (Doc. 10), is GRANTED;
2. Respondent's motion to dismiss (Doc. 9), is DENIED as MOOT;
3. The petition for writ of habeas corpus (Doc. 1), is DISMISSED as DUPLICATIVE;
4. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   June 19, 2008**                    /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

---

[1] In case number 1:05-cv-1487-OWW-GSA, the Magistrate Judge assigned to the case issued Findings and Recommendations on June 17, 2008 to dismiss the petition as moot in light of Petitioner's release on parole. (Doc. 33). However, the case remains pending and the Court is awaiting the parties' objections, if any. The fact that Findings and Recommendations to dismiss that petition have been filed in no way diminishes the fact that this petition is duplicative of the one in case number 1:05-cv-1487-OWW-GSA, and therefore should be dismissed.

2